

Bryce L Spangler 316927 IMU S.D04
Washington State Penitentiary
1313 N 13th Ave
Walla Walla Wa. 99362

District Crt. Executive/Clerk, US Dist. Crt
Eastern District of Washington
PO Box 1493
Spokane, Wa 99210

RECEIVED
NOV 23 2015
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

CC3 D. McKinney