4:15-CV-5115-RMP

Hello,

Your Honor, I am not sure if everything is filled out 100% Correct. I tried to state everything clearly but wasn't sure if my train of thought was easy to follow. So at the end of The Body of Suit I put a Page with the facts & brief Statement of the Case for your Conveniance & also so the other side knows exactly what I mean as well. PG 9 of suit I put an affidavit in there to go more in depth with the Situation pertaining to my Level 4 denial/demotion & removal from classes because I got a book called "Writing to Win" & just started reading it & it said Judges like to feel like they are there pretty much & since idle already wrote the Complaint I thought an affidavit would be good. I was also inspired by Chief Justice Roberts dissent from a denial of review in Pennsylvania V Dunlap, 555 U.S. 2008 That I also read in the book. I really enjoyed his Legal Noir style.

As I said in my motion for Apointment of Councel I do not have access to Same books or any books on Law & The law library here is a Computer programe That I don't understand well. Because It doesn't explain what is what, like Fed.d.Ct 500-645 I have no clue or what most of the stuff is. When I du legal research or look for Court rules I want books big thick ones with Titles, So I know which ones Court rules, which ones cases, which ones Federal Laws.

So I apologize again for my unlawyar like Writing/complaint & If I am not supposed to write you, But personally I do not believe the Legal process should be a personal battleground between Litigants or Judges & Litigants. We're to argue the facts & you decide, so its Not personal & I believe writing opposing Attny & you should be allowed if its not.

RECEIVED
NOV 23 2015
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

Thank you your Honor for your Time, Patience & Concideration. Have a Happy Holiday Season.

Sincerely

[signature]

P.S. Are there any Local Rules or Special Rules That you Specificaly like That I should follow. I would like This 2 move along as smoothly as possible for us all.

P.P.S They will Not allow me to Keep a Copy of my Lawsuit may I recieve 1 from you guys?