# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRYCE LEROY SPANGLER PROVANCE, a.k.a. BRYCE SPANGLER </br></br>*Plaintiff*</br>v.</br>SUPERINTENDENT DONALD HOLDBROOK, CUS CHARLES PEASE, CPM SUNDBERG, I&I JOHN DOE #1, and I&I JOHN DOE #2</br></br>*Defendant* | )</br>)</br>)</br>)  Civil Action No. 4:15-CV-5115-RMP</br>)</br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint is dismissed for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson.

Date:  March 25, 2016.

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb